CENTURY ACCEPTANCE CORPORATION, Respondent, v. HENRY H. CRESKE, Defendant, Impleaded with ISAAC G. WOLF and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

WILLIAM BONDY and Another, as Executors, etc., of MAURICE S. BONDY, Deceased, Respondents, v. GUSTAV KAUFMANN and Others, Appellants, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WILLIAM BONDY and Another, as Executors, etc., of MAURICE S. BONDY, Deceased, Respondents, v. GUSTAV KAUFMANN and Others, Defendants, Impleaded with MAX MAYER and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants Max Mayer and Otto S. Mayer to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

DANIEL O'LEARY, Appellant, v. LOUIS I. HARRIS, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HARRIS I. NIRENSTEIN, Appellant, v. MAISON MAURICE, INC., a Domestic Corporation, Defendant, Impleaded with H. LEONARD SIMMONS, Doing Business Individually and as H. LEONARD SIMMONS & COMPANY, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HARRIS I. NIRENSTEIN, Appellant, v. MAISON MAURICE, INC., a Domestic Corporation, Respondent, Impleaded, etc.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOHN A. MULLIGAN, INC., Plaintiff, v. COOPERSMITH CONSTRUCTION CO., INC., and Others, Defendants. AMERICAN ENAMELED BRICK AND TILE COMPANY, Respondent; EQUITABLE SURETY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

J. & H. GARAGE, INC., Respondent, v. H. FLOW CORPORATION and Another, Appellants, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

J. & H. GARAGE, INC., Respondent, v. H. FLOW CORPORATION and Another, Appellants, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EMMA H. ORVIS, Respondent, v. HOMER W. ORVIS, Appellant.— Order modified by reducing amount which the defendant is ordered to pay to the plaintiff as alimony *pendente lite* to the sum of $100 per week, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ED. DAVIDOW & RUFUS LEMAIRE, INC., Appellant, v. GEORGE JESSEL,